UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

Stacey Cherny, an individual, on his own behalf & on behalf of all similarly situated,
        Plaintiff,

08 CIVIL 5359 (VM)

-against-

Emigrant Bank, a New York State chartered Savings Bank, and Does 1 to 100, persons unknown,
        Defendant.
-------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒ **Attorney**

  ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: JF 0603

  ☐ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☐ **Law Firm/Government Agency Association**

  From: Lewis, Brisbois, Bisgaard & Smith
  To: KamberEdelson, LLC

  ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:* 11 Broadway, 22nd Floor, New York, NY 10004
☐ *Telephone Number:* (646) 336-4904
☐ *Fax Number:* (212) 920-3081
☐ *E-Mail Address:* jfeldscher@kamberedelson.com

Dated: 6/27/08         Jennifer Feldscher