# CONSTANTINE | CANNON

**Robert L. Begleiter**
Attorney at Law
212-350-2707
rbegleiter@constantinecannon.com

NEW YORK | WASHINGTON

June 27, 2008

**BY FAX**

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-08
```

Re:   *Cherny v. Emigrant Bank*
      No. 08 Civ. 5359 (VM)

Dear Judge Marrero:

    This firm represents defendant Emigrant Bank in the above-captioned action. We write to request that Your Honor extend the time to answer or otherwise move until July 31, 2008. Defendant's counsel has not previously requested an extension or adjournment in this case. Plaintiff's counsel consents to the proposed extension; enclosed is a signed stipulation reflecting the parties' agreement. The parties have not yet submitted a Case Management Plan to the Court but will include any revisions to scheduled dates as appropriate.

Respectfully submitted,

*[signature]*

Robert L. Begleiter

Enclosure

cc:   All Counsel

---

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 7-31-08.

**SO ORDERED.**

6-27-08
DATE        VICTOR MARRERO, U.S.D.J.

450 LEXINGTON AVENUE, NEW YORK, NY 10017   TELEPHONE: (212) 350-2700   FACSIMILE: (212) 350-2701   WWW.CONSTANTINECANNON.COM
A LIMITED LIABILITY PARTNERSHIP

105173.1