## **CERTIFICATE OF SERVICE**

I, PEGGY L. SIVEY, hereby certify that:

I am not a party to this action. I am over 18 years of age, and I am employed by Constantine Cannon LLP and verify that the following statements are true and accurate.

On the 31st day of July, 2008, I caused to be served a copy of the accompanying:

- *Notice of Motion by Emigrant Bank to Dismiss the Complaint*
- *Memorandum of Law in Support of Motion by Emigrant Bank to Dismiss the Complaint*
- *Declaration of Gordon Schnell dated July 31, 2008*,

by Electronic Mail upon the following:

Scott A. Kamber, Esq.
Jennifer Feldscher, Esq.
KAMBER EDELSON LLC
11 Broadway, 22nd Floor
New York, NY 10004
(212) 920-3072

skamber@kamberedelson.com
jfeldscher@kamberedelson.com

*Attorneys for Plaintiff Stacey Cherny*

By: _____
PEGGY L. SIVEY

Dated: New York, New York
July 31, 2008

106245.1