UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STACEY CHERNY, an individual, on his own : 
behalf and on behalf of all similarly situated, :
: 08 CV 5359 (VM)
Plaintiff, :
:
v. : **RULE 7.1 STATEMENT**
:
EMIGRANT BANK, a New York State :
Chartered Savings Bank, and :
DOES 1 to 100, persons unknown, :
:
Defendants. :
------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Emigrant Bank (a private non-governmental party) certifies that Emigrant Bank has no corporate parents, affiliates, and/or subsidiaries that are publicly held.

Dated: July 31, 2008
New York, New York

Respectfully submitted,

**CONSTANTINE CANNON LLP**

Robert L. Begleiter (RB -7052)
Gordon Schnell (GS-2567)
Alissa Ifowodo (AI-3941)

450 Lexington Avenue, 17th floor
New York, New York 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701

*Counsel for Emigrant Bank*

106271.1