UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STACEY CHERNY, an individual, on his own :
behalf and on behalf of all similarly situated, :
: 08 CV 5359 (VM)
Plaintiff, :
:
v. : **NOTICE OF APPEARANCE**
:
EMIGRANT BANK, a New York State :
Chartered Savings Bank, and :
DOES 1 to 100, persons unknown, :
:
Defendants. :
-----------------------------------------------------------x

To the Clerk of Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Emigrant Bank.

I certify that I am admitted to practice in this court.

Dated: New York, New York
August 1, 2008

Respectfully submitted,

Robert L. Begleiter (RB-7052)
CONSTANTINE CANNON LLP
450 Lexington Avenue, 17th floor
New York, New York 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
rbegleiter@constantinecannon.com

106288.1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 4, 2008, I caused to be served a copy of the foregoing *Notice of Appearance* by Electronic Mail upon the following:

Scott A. Kamber, Esq.
Jennifer Feldscher, Esq.
KAMBER EDELSON LLC
11 Broadway, 22nd floor
New York, NY 10004
Telephone: (212) 920-3072

skamber@kamberedelson.com
jfeldscher@kamberedelson.com

*Attorneys for Plaintiff Stacey Cherny*

By: /s/ Alissa Ifowodo
Alissa Ifowodo

Dated: New York, New York
August 4, 2008

106288.1