```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
STACEY CHERNY, an individual, on    :
his own behalf and of all           :
similarly situated                  :
                                    :
                                    :   08 Civ 5359
                    Plaintiffs,     :
                                    :
    - against -                     :   NOTICE OF CONFERENCE
                                    :
EMIGRANT BANK, a New York State     :
chartered Savings Bank, and         :
DOES 1 to 100, persons unknown,     :
                    Defendants.     :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-4-04

**VICTOR MARRERO, United States District Judge.**

All parties are advised that a conference before Judge Marrero has been scheduled for August 7, 2008 at 11:00 a.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York.

Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:   New York, New York
         4 August 2008

                                    Victor Marrero
                                    U.S.D.J.