# KamberEdelson, LLC
11 Broadway, 22nd Floor
New York, NY 10004
T: (212) 920-3072  F: (212) 202-6364

August 5, 2008

**VIA FACSIMILE (212) 805-6382**

Honorable Victor Marrero
Suite 660
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-08
```

Subject:   **Stacey Cherny v. Emigrant Bank, et al.**
           08-CV-05359 (VM)

Dear Judge Marrero:

We are the attorneys for Plaintiff Stacey Cherny in the above reference matter. This case is a class action brought on behalf of the EmigrantDirect accountholders, whose email addresses were disclosed to spammers.

We received notification from the Court last night that an initial conference has been scheduled for August 7, 2008. However, Scott Kamber, the partner handling the case, is currently out of the country and is returning on August 15, 2008. We conferred with opposing counsel about obtaining an adjournment of the conference, and they have no objection. Opposing counsel stated that they are available any day from August 25th forward. Therefore, we respectfully request that the court so-order an adjournment of the conference to a date on or after August 25, 2008.

Respectfully submitted,

Jennifer Feldscher
KAMBEREDELSON LLC
11 Broadway, 22nd Floor
New York, NY 10004
jfeldscher@kamberedelson.com
D: (646) 336-4904

cc:   Gordon Schnell, Esq.
      Robert L. Begleiter, Esq.
      Constantine Cannon, P.C.
      F: (212) 350-2701

```
Request GRANTED. The initial
conference herein is rescheduled to 8-29-08
at 9:45 a.m.

SO ORDERED.

8-5-08
DATE        VICTOR MARRERO, U.S.D.J.
```